IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN ALLEN HESSMER )
)
v. ) NO. 3-12-0590
) JUDGE CAMPBELL
BAD GOVERNMENT, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No.15) and Objections filed by the Plaintiff (Docket No. 23).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's claims against all Defendants, except Defendant Chief Bryant in his individual capacity for alleged retaliatory transfer, be DISMISSED with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and those claims are DISMISSED without prejudice.

The case against Defendant Bryant is referred back to the Magistrate Judge for further pretrial proceedings in accordance with the Court's prior Order (Docket No. 3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE