IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN ALLEN HESSMER, )
)
      Plaintiff, )
)
)
vs. ) CASE NO. 3:12-0590
) JUDGE CAMPBELL/KNOWLES
)
)
BAD GOVERNMENT, et al., )
)
      Defendants. )

# REPORT AND RECOMMENDATION

The pro se prisoner Plaintiff has filed a document headed "False Arrest Amendment." Docket No. 42. For the reasons set forth in a previous Report and Recommendation (Docket No. 31), Plaintiff is not entitled to amend his Complaint simply by the filing of a purported "Amendment."

Moreover, the instant "Amendment" attempts to raise claims against "Defendant Detective Lee Bridges." Plaintiff's claims against Defendant Bridges, however, have previously been dismissed with prejudice by Judge Campbell (Docket No. 35) in an Order adopting a prior Report and Recommendation submitted by the undersigned (Docket No. 15). That dismissal came following a review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A.

For the foregoing reasons, the undersigned recommends that the purported amendment at issue (Docket No. 42) be STRICKEN.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to

this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge