IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN ALLEN HESSMER            )
                              )
v.                            ) NO. 3-12-0590
                              ) JUDGE CAMPBELL
BAD GOVERNMENT, et al.        )

ORDER

Pending before the Court are three Reports and Recommendations of the Magistrate Judge (Docket Nos. 30, 31 and 34), to which no Objections have been timely filed. The Court has reviewed the Reports and Recommendations and the file.

The Reports and Recommendations are adopted and approved. Accordingly, Plaintiff's Motion to Add Party (Docket No. 14) is DENIED; Plaintiff's purported Amendments (Docket Nos. 26 and 27) are STRICKEN from the record; and Plaintiff's Petition for Injunction (Docket No. 28) is DENIED.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE