UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN HESSMER )
 )
v. ) NO. 3:12-0590
 ) JUDGE CAMPBELL
BAD GOVERNMENT, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 120) and Objections filed by the Plaintiff (Docket Nos. 122 and 123).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

To the extent Plaintiff's "Usurpation Complaint" (Docket No. 122) and "Rule 60(b) Notice" (Docket No. 123) are independent of objections to the Report and Recommendation, they are without merit and relief is denied.

Plaintiff's allegations of bias and request for recusal are also without merit and DENIED.

Accordingly, this action is dismissed without prejudice.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE